UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-CV-23080-UNGARO/O'SULLIVAN

INTERNATIONAL MARKETS LIVE, INC.,
d/b/a iMARKETSLIVE,

    Plaintiff,

v.

SCOTT HUSS,

    Defendant.
                                  /

## ORDER GRANTING PLAINTIFF'S
## MOTION FOR LEAVE TO FILE EXHIBITS CONVENTIONALLY

THIS MATTER is before the Court on the Plaintiff's Motion for Leave to File Exhibits Conventionally (DE# 13, 8/4/20). This matter was referred to the undersigned by the Honorable Ursula Ungaro in accordance with 28 U.S.C. § 636(b) (DE# 27, 9/2/20). Having reviewed the motion and having heard from the parties during the September 4, 2020 status conference, it is

ORDERED AND ADJUDGED that the Plaintiff's Motion for Leave to File Exhibits Conventionally (DE# 13, 8/4/20) is GRANTED. The plaintiff is granted leave to file a true and correct copy of the video referenced as Exhibit 5 and the audio recording referenced as Exhibit 6 to the Plaintiff's Expedited Motion for Preliminary Injunction (DE# 15, 8/4/20) conventionally with the Clerk of Court as a USB drive.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **4th** day of September, 2020.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE