UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  20-CV-23080-UNGARO/O'SULLIVAN

INTERNATIONAL MARKETS LIVE, INC.,
d/b/a iMARKETSLIVE,

    Plaintiff,

v.

SCOTT HUSS,

    Defendant.
                               /

## ORDER

THIS MATTER is before the Court on the Defendant's Motion for Leave to File under Seal (DE# 72, 11/6/20).  Having reviewed the unopposed motion which fails to certify compliance with the pre-filing conference requirement of Local Rule 7.1(a)(3) of this Court, it is

ORDERED AND ADJUDGED that the Defendant's Motion for Leave to File under Seal (DE# 72, 11/6/20) is STRICKEN from the record.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **13th** day of November, 2020.

JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE